IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| ALICE WILSON, Individually and As Personal Representative of the Estate of JOHN WILSON, | ) ) ) CASE NO. 1:11-CV-0936-SEB-MJD ) |
| Plaintiff, | ) ) |
| -vs- | ) ) |
| UNITED STATES OF AMERICA | ) ) |
| Defendant. | ) ) |

## PLAINTIFF'S NOTICE OF SETTLEMENT APPROVAL

Comes now Plaintiff, Alice Wilson, Individually and as Personal Representative of the Estate of John Wilson, by counsel, and hereby notifies this Court that Plaintiff has obtained final Court approval of the settlement in this matter from Marion County Superior Court 8.  Please see the Court's Order attached hereto as Exhibit A.  Plaintiff further notifies the Court that she did serve a copy of the Estate Court's Order on counsel for Defendant on December 19, 2012.

Respectfully submitted,

/s/ Rhonda L. Wood
Rhonda L. Wood, #29776-06
STEWART & STEWART
931 S. Rangeline Road
Carmel, IN 46032
Telephone (317) 846-8999
Fax (317) 843-1991
E-Mail: rhondaw@getstewart.com
Attorney for Plaintiff

1

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2012, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's System.

Jeffrey L. Hunter
Office of the United States Attorney
jeff.hunter@usdoj.gov

/s/ Rhonda L. Wood